IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00485-BNB

MARQUIS A. SCOTT,

Plaintiff,

v.

RENE ROSECHILD, 13444, C.L.S. Colorado Legal Service,

Defendant.

## ORDER DISMISSING CASE

Plaintiff Marquis A. Scott is a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility at Las Animas, Colorado. Mr. Scott initiated this action by filing *pro se* a Prisoner Complaint. On April 8, 2008, Magistrate Judge Boyd N. Boland ordered Plaintiff to show cause why the complaint should not be dismissed for lack of subject matter jurisdiction. On April 28, 2008, Plaintiff filed a "Motion for Voluntary Dismissal of the Original Complaint by Plaintiff."

The Court must construe the motion liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No

response has been filed by Defendant in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507.

Finally, Mr. Scott also has filed on April 28, 2008, a document titled "Extension of Court Fee Payment" in which he requests an extension of time to pay the initial partial filing fee. That request will be denied as moot because Mr. Scott paid the initial partial filing fee in this action on April 7, 2008. Accordingly, it is

ORDERED that the "Motion for Voluntary Dismissal of the Original Complaint by Plaintiff" filed on April 28, 2008, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of April 28, 2008, the date the notice was filed in this action. It is

FURTHER ORDERED that Plaintiff's request for an extension of time to pay the initial partial filing fee, which he makes in a document titled "Extension of Court Fee Payment" filed on April 7, 2008, is denied as moot.

DATED at Denver, Colorado, this 6 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00485-BNB

Marquis A. Scott
Prisoner No. 104716
Bent County Correctional Facility
11560 Rd. FF75
Las Aminas, CO 81054

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/7/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk